IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DARAN LEE RAY**                                                        **PLAINTIFF**
**#153562**

v.                      No. 4:22-CV-00708-LPR

**DOES, et al.**                                                          **DEFENDANTS**

## **ORDER**

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Patricia S. Harris.[1] No objections have been filed, and the time for doing so has expired. After a *de novo* review of the RD, along with careful consideration of the case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Plaintiff's Complaint (Doc. 1) and Amended Complaint (Doc. 10) are DISMISSED without prejudice. Defendants' pending Motions for Summary Judgment (Docs. 25 & 28) are DENIED as moot. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 23rd day of January 2024.

/s/ Lee P. Rudofsky
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Doc. 35.